MURRAY S. WEBBER, Respondent, v. THADDEUS L. WALKER, Appellant.— Order so far as appealed from modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill

of particulars to be served within ten days from service of order.  No opinion.
Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.